1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA 94104
   Telephone: (415) 392-5431
4
   Attorneys for Plaintiff
5

6

7
                UNITED STATES DISTRICT COURT
8
                NORTHERN DISTRICT OF CALIFORNIA
9

10

11 NORTHWEST ADMINISTRATORS, INC.,        )   NO. C 08 4573 MEJ
                                          )
12              Plaintiff,                )
                                          )   NOTICE OF VOLUNTARY
13      vs.                               )   DISMISSAL
                                          )
14 MARY TUNIC, an individual doing        )
   business as J & M SWEEPING             )
15                                        )
                                          )
16              Defendant.                )
                                          )
17 _____)

18
        Notice is hereby given that plaintiff dismisses the above
19
   entitled action without prejudice pursuant to Federal Rule of Civil
20
   Procedure 41, and all dates relating to this case should be taken
21
   off the Court's calendar including the hearing a Case Management
22
   Conference set for June 11, 2009 at 10:00 a.m., in Courtroom No. B,
23
   15th Floor, 450 Golden Gate Avenue, San Francisco, CA.
24
        Dated: May 19, 2009                   ERSKINE & TULLEY
25
   The Clerk of Court shall
26 close the file.                        By: _____
                                              Michael J. Carroll
27                                            Attorneys for Plaintiff
   Dated: May 20, 2009
28
                    NOTICE OF VOLUNTARY DISMISSAL

IT IS SO ORDERED
Judge Maria-Elena James

|   |   |
|---|---|
| 1 | <u>PROOF OF SERVICE BY MAIL</u> |
| 2 | I am a citizen of the United States and employed in the City and |
| 3 | County of San Francisco, California. I am over the age of eighteen |
| 4 | years and not a party to the within above entitled action; my |
| 5 | business address is 220 Montgomery Street, Suite 303, San |
| 6 | Francisco, California 94104. On May 19, 2009 I served the within |
| 7 | NOTICE OF VOLUNTARY DISMISSAL on the defendant in said action, by |
| 8 | placing a true copy thereof enclosed in a sealed envelope with |
| 9 | postage thereon fully prepaid, in the United States post office |
| 10 | mail box at San Francisco, California, addressed as follows: |

**J & M Sweeping**
**39962 Cedar Blvd., Suite 231**
**Newark, CA 94560**

**J & M Sweeping**
**39038 Sutter Drive**
**Fremont, CA 94538**

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on May 19, 2009 at San Francisco, California.

_Sharon Eastman_
Sharon Eastman